UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:16-cv-411-FL

| | |
|---|---|
| ARTISAN JEWELERS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VERRAGIO, LTD. )<br>)<br>Defendant. )<br>)<br>) | **NOTICE OF SETTLEMENT AND**<br>**DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff Artisan Jewelers, Inc., by and through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all claims asserted in this action against Defendant Verragio, Ltd. with prejudice.

This the 6th day of September, 2016.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Catherine R.L. Lawson
N.C. Bar No. 44575
catherinelawson@parkerpoe.com
PARKER, POE, ADAMS & BERNSTEIN, LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: 919-828-0564
Facsimile: 919-834-4564

# CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing **"Notice Of Settlement and Dismissal With Prejudice"** was served on the Defendant via U.S. Mail and addressed as follows:

>Howard Kroll
>Tucker Ellis, LLP
>515 South Flower Street, 42nd Floor
>Los Angeles, CA 90071

This the 6th day of September, 2016.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Catherine R.L. Lawson
N.C. Bar No. 44575
catherinelawson@parkerpoe.com
PARKER, POE, ADAMS & BERNSTEIN, LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: 919-828-0564
Facsimile: 919-834-4564